DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS JOSEPH GROSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1637
_____

June 14, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Kathleen D. Kirwin, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.